**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00860-CV

### LINDA HENDERSON, Appellant

### V.

### ALTURA REALTY LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03582-E**

### ORDER

By letter dated March 31, 2022 we notified appellant her brief was not in compliance with rule 38 of the Texas Rules of Appellate Procedure and directed her to file an amended brief with ten days. Appellant declined to do so. Accordingly, we **ORDER** the appeal submitted on appellant's March 29, 2022 amended brief. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE